IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Douvris-Rodgers, Maria

Printed: 1/29/08

Case Number: 05 B 39427
Judge: Wedoff, Eugene R
Filed: 3/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 21, 2007
Confirmed: April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,902.35 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 99.75 |
| Other Funds: |  | 247.90 |
| Totals: | 2,250.00 | 2,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | North Centeral Electric Power Assn | Unsecured | 9.11 | 55.27 |
| 2. | Asset Acceptance | Unsecured | 262.46 | 1,592.59 |
| 3. | ECast Settlement Corp | Unsecured | 41.94 | 254.49 |
| 4. | Northwest Community Hospital | Unsecured |  | No Claim Filed |
| 5. | Book of the Month Club | Unsecured |  | No Claim Filed |
| 6. | Emergency & Ambulatory | Unsecured |  | No Claim Filed |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | Children's Memorial Hospital | Unsecured |  | No Claim Filed |
| 9. | ENH Radiology | Unsecured |  | No Claim Filed |
| 10. | Crescent Recovery | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Comcast Cablevision | Unsecured |  | No Claim Filed |
| 13. | Evanston Northwestern Healthcare | Unsecured |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
| 15. | Gardenwood Apartments | Unsecured |  | No Claim Filed |
| 16. | Bell South Telecommunications | Unsecured |  | No Claim Filed |
| 17. | Northwest Radiology Assoc S | Unsecured |  | No Claim Filed |
| 18. | PFF Emergency Services | Unsecured |  | No Claim Filed |
| 19. | PFF Emergency Services | Unsecured |  | No Claim Filed |
| 20. | Thomas J Weigel MD | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 313.51 | $ 1,902.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 37.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Douvris-Rodgers, Maria

Printed: 1/29/08

Case Number: 05 B 39427
Judge: Wedoff, Eugene R
Filed: 3/7/06

|       |        |
|-------|--------|
| 4.8%  | 42.98  |
| 5.4%  | 19.48  |
|       | _____ |
|       | $ 99.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____